AO 442 (Rev. 0/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Washington

| United States of America | ) | 2:12-mj-00375-VCF |
| v. | ) | |
| GUILLERMO SANCHEZ | ) | Case No. **CR-12-2034-FVS-1** |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                              **GUILLERMO SANCHEZ**                              ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 USC 1542 FALSE STATEMENT IN APPLICATION FOR PASSPORT
42 USC 408(a)(7)(B) MISUSE OF A SOCIAL SECURITY NUMBER
18 USC 1028(a)(4) POSSESSION OF AN IDENTIFICATION DOCUMENT WITH INTENT TO DEFRAUD
18 USC 1028A(a)(1) AGGRAVATED IDENTITY THEFT

JAMES R. LARSEN, CLERK, U.S. DISTRICT COURT

Date:   April 10, 2012

By: _____
Deputy Clerk

City and state   Yakima, Washington

BAIL FIXED AT:  AUSA SEEKS DETENTION
BY HONORABLE: MAGISTRATE JUDGE JAMES P. HUTTON

| Return |
| --- |

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

MICHAEL C. ORMSBY
United States Attorney
Eastern District of Washington
ALISON L. GREGOIRE
Assistant United States Attorney
402 E. Yakima Avenue, Suite 210
Yakima, Washington 98901
(509) 454-4425



2:12-mj-00375-VCF

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA, )
                         )
            Plaintiff,   )
                         )
     v.                  )
                         )
GUILLERMO SANCHEZ,       )
                         )
            Defendant.   )
                         )
                         )
                         )
                         )
                         )
                         )
_____)

**CR-12-2034-FVS**
INDICTMENT

Violations:
Ct. 1:  18 U.S.C. § 1542 (False
Statement in Application for
Passport)
Ct. 2:  42 U.S.C. § 408(a)(7)(B)
(Misuse of a Social Security Number)
Ct 3:  18 U.S.C. § 1028(a)(4)
(Possession of an Identification
Document With Intent to Defraud)
Ct. 4:  18 U.S.C. § 1028A(a)(1)
(Aggravated Identity Theft)

The Grand Jury Charges:

### COUNT ONE

On or about April 4, 2011, in the Eastern District of Washington, the defendant, GUILLERMO SANCHEZ, willfully and knowingly made false statements in an application for a United States passport with intent to induce and secure for his own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that in such application the defendant stated that (a) his name was J.A.G., Jr.; (b) his date of birth was XX-XX-1973; and (c) his social security number was XXX-XX-7424; all of which statements he

1

knew to be false, in violation of Title 18, United States Code, Section 1542

## COUNT TWO

On or about April 4, 2011, in the Eastern District of Washington, the defendant, GUILLERMO SANCHEZ, in a matter within the jurisdiction of the United States Social Security Administration, for the purpose of obtaining something of value and for other purposes, knowingly and with intent to deceive, did falsely represent that his social security number was XXX-XX-7424, on an application for a United States passport, when in fact, as the defendant knew well, social security number XXX-XX-7424 had not been assigned to him by the Commissioner of Social Security, or other proper authority, in violation of Title 42, United States Code, Section 408(a)(7)(B).

## COUNT THREE

On or about April 4, 2011, in the Eastern District of Washington, the defendant, GUILLERMO SANCHEZ, did knowingly possess a false identification document, to wit, a Washington driver's license in the name of J.A.G., Jr., number XXXXXXXX77P8, with the intent such document or feature be used to defraud the United States, in violation of Title 18, United States Code, Section 1028(a)(4)

## COUNT FOUR

On or about April 4, 2011, in the Eastern District of Washington, the defendant,  GUILLERMO SANCHEZ, did knowingly possess and use, without lawful authority, a means of identification of another person, during and in relation to:  18 U.S.C. § 1542, false statement in application for passport and 42

2

Case 2:12-cr-02034-FVS     Document 1     Filed 04/10/12

U.S.C. § 408(a)(7), false representation of social security number, in violation of Title 18, United States Code, Section 1028A(a)(1).

DATED: April 10, 2012.

A TRUE BILL

MICHAEL C. ORMSBY
United States Attorney

SHAWN N. ANDERSON
Supervisory Assistant United States Attorney

ALISON L. GREGOIRE
Assistant United States Attorney

3